# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JORGE FIGUEIRA<br><br>*Defendant(s)* | Case No. 1:25-MJ-730<br><br>**UNDER SEAL** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/2024 up to and including 11/2025  in the city/county of  Alexandria  in the  Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments |
| 18 U.S.C. §§ 1956(a)(1)(B)(i) | Concealment Money Laundering |
| 18 U.S.C. §§ 1956(a)(3)(B) | Sting Money Laundering |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Catherine Rosenberg
*Printed name and title*

*Complainant's signature* (Stephen A. Walker)

FBI Special Agent Stephen A. Walker
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone  *(specify reliable electronic means)*.

Date: 12/23/2025

City and state: Alexandria, Virginia

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.12.23 10:48:08 -05'00'
*Judge's signature*

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*