JS 45 (01/2008)

**REDACTED**

<u>Criminal Case Cover Sheet</u>                                                                                              <u>U.S. District Court</u>

**Place of Offense:**            Under Seal: Yes _X_ No ___        Judge Assigned: LRV
City    Alexandria        Superseding Indictment _____        Criminal Number: _____
County/Parish _____        Same Defendant _____    New Defendant  X
                          Magistrate Judge Case Number  1:25-MJ-730    Arraignment Date: _____
                          Search Warrant Case Number _____
                          R 20/R 40 from District of _____
                          Related Case Name and No: _____

<u>Defendant Information:</u>
**Juvenile** --Yes ___ No _X_ **FBI #** _____
**Defendant Name:** JORGE FIGUEIRA    Alias Name(s) _____
**Address:** Miami, FL
**Employment:** _____
**Birth date** 1966    **SS#** 2330    **Sex** M  Def Race Hispanic    Nationality Venezuelan    Place of Birth Venezuela
**Height** ___ **Weight** ___ **Hair** ___ Eyes ___ Scars/Tattoos _____
  **Interpreter:** No ___ Yes _X_  List language and/or dialect: Spanish    Automobile Description _____

<u>Location Status:</u>
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested
___ Arrest Warrant Pending    ___ Detention Sought    ___ Bond

<u>Defense Counsel Information:</u>
Name: _____        ___ Court Appointed    Counsel conflicted out: _____
Address: _____     ___ Retained
Telephone: _____   ___ Public Defender    Federal Public Defender's Office conflicted out: NO

<u>U.S. Attorney Information:</u>
AUSA  Catherine Rosenberg    Telephone No: 703-299-3700        Bar # _____
<u>Complainant Agency, Address & Phone Number  or Person & Title</u>:
FBI Special Agent Stephen A. Walker

<u>U.S.C. Citations</u>:

| | **Code/Section** | Description of Offense Charged | Count | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1956(a)(1)(B)(i) | Concealment Money Laundering | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 1956(a)(3)(B) | Sting Money Laundering | 3 | Felony |

(May be continued on reverse)

Date: 12/23/2025        Signature of AUSA:    /s/ Catherine Rosenberg